# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Fogo de Chao Charrascaria (Holdings) LLC

**v.**  **Case No:** 13-5301

U.S. Department of Homeland Sec., et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

U.S. Department of Homeland Security

Rand Beers, Acting Secretary, DHS

U.S. Citizenship and Immigration Services

Alejandro Mayorkas, Director, USCIS

Daniel Renaud, Dir., VT Serv. Cent., USCIS

Names of Parties                           Names of Parties

### Counsel Information

**Lead Counsel:** Gisela A. Westwater

**Direct Phone:** (202) 532-4147  **Fax:** (202) 616-8962  **Email:** gisela.westwater@usdoj.gov

**2nd Counsel:**

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division

**Firm Address:** Ben Franklin Station, P.O. Box 868, Washington, DC 20044

**Firm Phone:** ( ) -   **Fax:** ( ) -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)